DATE:  August 4, 2026

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Rayshawn Scott*
   v. *Commonwealth of Virginia*
   Record No. 1417-24-2
   Opinion rendered by Judge Ortiz on
   June 2, 2026

2. *Mitchell Ira Young*
   v. *Commonwealth of Virginia*
   Record No. 1489-24-2
   Opinion rendered by Judge Callins on
   June 9, 2026

3. *Logan Antigone, et al.*
   v. *Jay C. Taustin*
   Record No. 0364-25-4
   Opinion rendered by Judge Lorish on
   June 16, 2026

4. *Jay C. Taustin*
   v. *Logan Antigone, et al.*
   Record No. 0393-25-4
   Opinion rendered by Judge Lorish on
   June 16, 2026

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Avontae Maurice Smith*
    v. *Commonwealth of Virginia*
   Record No. 0949-24-2
   Opinion rendered by Judge Friedman
     on July 29, 2025
   Refused (250801)

2. *Jamar Lafonz Hilliard*
    v. *Commonwealth of Virginia*
   Record No. 0723-24-1
   Opinion rendered by Judge Frucci
     on October 21, 2025
   Refused (251066)

3. *Robert Matthew Caldwell*
    v. *Commonwealth of Virginia*
   Record No. 1099-24-3
   Opinion rendered by Judge Malveaux
     on October 21, 2025
   Refused (251068)

4. *Mary Washington Healthcare, et al.*
    v. *Helen Costello, Administrator of the Estate of William Costello,*
      *Deceased*
   Record No. 1787-24-2
   Opinion rendered by Judge O'Brien
     on October 28, 2025
   Refused (251088)

5. *Ronnie Ray Blanton, Jr.*
    v. *Commonwealth of Virginia*
   Record No. 0373-24-2
   Opinion rendered by Chief Judge Decker
     on November 18, 2025
   Refused (251157)

6. *Frank Marshall Smith, II*
    v. *Gary Larrowe*
   Record No. 1722-24-3
   Opinion rendered by Judge Athey
     on December 2, 2025
   Refused (251159)

7. *GW Acquisition Co., LLC, et al.*
   v. *Oak Valley Homeowners Association, et al.*
   Record No. 1584-25-4
   Opinion rendered by Judge Raphael
     on March 31, 2026
   Petition Withdrawn (260396)

8. *Board of County Supervisors of Prince William County, Virginia, et al.*
   v. *Oak Valley Homeowners Association, et al.*
   Record No. 1590-25-4
   Opinion rendered by Judge Raphael
     on March 31, 2026
   Petition Withdrawn (260396)

9. *H&H Capital Acquisitions, LLC, et al.*
   v. *Oak Valley Homeowners Association, et al.*
   Record No. 1592-25-4
   Opinion rendered by Judge Raphael
     on March 31, 2026
   Petition Withdrawn (260396)

10. *Katy Burke, et al.*
   v. *Board of County Supervisors of Prince William County, Virginia, et al.*
   Record No. 2025-24-4
   Opinion rendered by Judge Raphael
     on March 31, 2026
   Petition Withdrawn (260397)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Premier Homes Group, LLC*
   *v. Pinnacle Flooring Solutions, LLC*
   Record No. 2201-23-4
   Memorandum opinion rendered by Judge Chaney on June 10, 2025
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
    on July 30, 2026
   (250618)